RECEIVED
DEC - 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **DEXTER HOLDER** | **CIVIL ACTION NO. 07-1206** |
| **VERSUS** | **SECTION "P"** |
| **SHERIFF SID HEBERT** | **JUDGE MELANÇON** |
| | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§1915(e)(2)(B)(i) and (ii) and 1915A(b)(1) as moot, frivolous and as failing to state claims upon which relief may be granted, and accordingly, plaintiff's Motion for Summary Judgment [rec. doc. 8] is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 4th day of December, 2007.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE